# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kenisha Cross, *on behalf of herself and others similarly situated*,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>Wells Fargo Bank, N.A.,   )<br>)<br>Defendant.   )<br>_____) | Case No.: 1:15-cv-01270-~~AT~~ |

For reasons set forth in the parties' June 9, 2016 joint status report, and for good cause shown, this Court orders as follows:

On or before June 30, 2016 Plaintiff must submit either an unopposed motion for preliminary approval of the parties' class action settlement, or a report updating this Court as to the status of this matter.

SO ORDERED, this __10th__ day of June 2016.

Richard W. Story
United States District Judge

28605014