UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kenisha Cross, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>Defendant. | Case No.: 1:15-cv-01270-RWS |

For reasons set forth in the parties' July 21, 2016 joint status report, and for good cause shown, this Court orders as follows:

On or before August 11, 2016 Plaintiff must submit either an unopposed motion for preliminary approval of the parties' class action settlement, or a report updating the Court as to the status of this matter.

SO ORDERED, this 29th day of July 2016.

Richard W. Story
United States District Judge

28791828