# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kenisha Cross, *on behalf of herself and others similarly situated*, ) ) ) | Case No.: 1:15-cv-01270-RWS |
| Plaintiff, ) ) | |
| v. ) ) | |
| Wells Fargo Bank, N.A., ) ) | |
| Defendant. ) ) | |

## CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES, COSTS, EXPENSES, AND INCENTIVE AWARD

Class counsel respectfully move this Court for a combined award of attorneys' fees, costs, and expenses in an amount equal to 30% of the $30,446,022.75 common fund in this matter, and for an incentive award to Ms. Cross in the amount of $15,000.

As class counsel detail through the accompanying memorandum, their requests are fair, reasonable, and supported by Eleventh Circuit law. As such, class counsel respectfully request that this Court award them attorneys' fees, costs, and expenses totaling $9,133,806.82, and award Ms. Cross an incentive award of $15,000.

1

Date: November 16, 2016

GREENWALD DAVIDSON RADBIL PLLC

/s/ Aaron D. Radbil
Aaron D. Radbil
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Michael L. Greenwald
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

THE LAW OFFICE OF CRAIG J. EHRLICH, LLC
Craig J. Ehrlich
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Phone: 844-534-9984, Ext. 301
Fax: 855-415-2480
craig@ehrlichlawoffice.com

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
250 Hudson Street, 8th Floor
New York, New York 10013
Phone: (212) 355-9500
Fax: (212) 355-9592
jselbin@lchb.com

Daniel M. Hutchinson
275 Battery Street, 29th Floor
San Francisco, California 94111-3339

2

Phone: (415) 956-1000
Fax: (415) 956-1008
dhutchinson@lchb.com

Andrew R. Kaufman
150 Fourth Avenue North, Suite 1650
Nashville, Tennessee 37219
Phone: (615) 313-9000
Fax: (615) 313-9965
kaufman@lchb.com

BURKE LAW LLC
Alexander H. Burke
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Phone: (312) 729-5288
Fax: (312) 729-5289
ABurke@BurkeLawLLC.com

MEYER WILSON CO., LPA
Matthew R. Wilson
Michael J. Boyle, Jr.
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Phone: (614) 224-6000
Fax: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

LAW OFFICES OF DOUGLAS J.
CAMPION, APC
Douglas J. Campion
17150 Via Del Campo, Suite 100
San Diego, California 92127
Phone: (619) 299-2091
Fax: (619) 858-0034
doug@djcampion.com

KEOGH LAW, LTD.
Keith Keogh

3

55 W. Monroe, Suite 3390
Chicago, Illinois 60603
Phone: (312) 265-3258
Fax: (312) 726-1093
Email: keith@keoghlaw.com

SKAAR & FEAGLE, LLP
James M. Feagle
Georgia Bar No. 256916
2374 Main Street, Suite B
Tucker, Georgia 30084
Phone: (404) 373-1970
Fax: (404) 601-1855
jfeagle@skaarandfeagle.com

Justin T. Holcombe
Georgia Bar No. 552100
Kris Skaar
Georgia Bar No. 649610
133 Mirramont Lake Drive
Woodstock, Georgia 30189
Phone: (770) 427-5600
Fax: (404) 601-1855
jholcombe@skaarandfeagle.com

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Phone: (800) 400-6806
Fax: (800) 520-5523
ak@kazlg.com

HYDE & SWIGART
Joshua B. Swigart, Esq.
2221 Camino del Rio South, Suite 101
San Diego, California 92108
Phone: (619) 233-7770
Fax: (619) 297-1022
josh@westcoastlitigation.com

4

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

/s/ Aaron D. Radbil
Aaron D. Radbil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was file electronically on November 16, 2016, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil
