# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kenisha Cross, *on behalf of herself and others similarly situated*, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Wells Fargo Bank, N.A., | ) ) |
| Defendant. | ) ) |

Case No.: 1:15-cv-01270-RWS

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

Kenisha Cross moves this Court, on behalf of herself and the Class Members, to finally approve the Settlement.

Upon receiving notice of the Settlement—which requires Wells Fargo to create a non-reversionary cash settlement fund of over $30 million—428,233 unique Class Members submitted claims, seventy-six Class Members excluded themselves from the Settlement, and five objected to it.

Given, therefore, the excellent result that Ms. Cross achieved, and considering the overwhelming support for the Settlement, Ms. Cross now asks this Court to finally approve the Settlement as fair, reasonable, and adequate, and enter a final judgment and order in substantially the same form as the proposed order found at Doc. 45-2 at 43-48, which, among all else: (1) confirms this Court's preliminary certification of the Class; (2) finds that notice of the Settlement issued to the Class Members satisfied Rule 23 and due process, and that notice issued to state and federal officials satisfied 28 U.S.C. § 1715; (3) grants timely received exclusion requests; (4) overrules objections to the Settlement; (5) approves an award of attorneys' fees, costs, and expenses totaling $9,133,806.82, which is 30% of the settlement fund; (6) authorizes co-lead counsel to allocate any award of attorneys' fees, costs, and expenses; and (7) approves an incentive award to Ms. Cross in the amount of $15,000.

Wells Fargo does not oppose Ms. Cross's request.

| | |
|---|---|
| Date: January 23, 2017 | GREENWALD DAVIDSON RADBIL PLLC |

/s/ Aaron D. Radbil
Aaron D. Radbil
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Michael L. Greenwald
5550 Glades Rd., Suite 500
Boca Raton, Florida 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

EHRLICH & SCHAPIRO, LLC
Craig J. Ehrlich
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Office: 844-534-9984, Ext. 301
Direct: 404-365-4460
Fax: 855-415-2480
craig@ehrlichlawoffice.com

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339

Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Andrew R. Kaufman
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

BURKE LAW LLC
Alexander H. Burke
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

MEYER WILSON CO., LPA
Matthew R. Wilson
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr.
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion
Email: doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

KEOGH LAW, LTD.
Keith Keogh

Email: keith@keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

SKAAR & FEAGLE, LLP
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
770 / 427-5600
404 / 601-1855 fax

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian
Email: ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770

4

Facsimile: (619) 297-1022

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

/s/ Aaron D. Radbil
Aaron D. Radbil

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was file electronically on January 23, 2017, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil