# Exhibit "A"

CONFIDENTIAL

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF GEORGIA
 3                   ATLANTA DIVISION
 4
 5   KENISHA CROSS, on behalf of      )
     herself and others similarly     )
 6   situated,                        )
                                      )
 7           Plaintiff,               )
                                      )
 8        v.                          ) No. 1:15-CV-01270-RWS
                                      )
 9   WELLS FARGO BANK, N.A.,          )
                                      )
10           Defendant.               )
11
12              DEPOSITION OF JACOB MOU,
13         Wells Fargo Bank, N.A. 30(b)(6)
14              Corporate Representative
15           Taken on behalf of Plaintiff
16                -- CONFIDENTIAL --
17                      * * *
18        BE IT REMEMBERED THAT, pursuant to the Federal
19   Rules of Civil Procedure, the deposition of JACOB MOU
20   was taken before Shanyelle L. King, an Oregon Certified
21   Shorthand Reporter, a Washington Certified Court
22   Reporter, and a Registered Professional Reporter, on
23   Thursday, August 25, 2016, commencing at the hour of
24   11:00 a.m., in the law offices of TROUTMAN SANDERS, LLP,
25   100 SW Main Street, Suite 1000, Portland, Oregon.
```

Page 10

1  Q   I won't tell him.
2  A   Well, I call him senior VP, so that's all he cares.
3          (Discussion off the record.)
4  Q   BY MR. GREENWALD: And what's your educational
5  background?
6  A   I have a bachelor degree.
7  Q   In what?
8  A   International marketing.
9  Q   From where?
10 A   Taiwan.
11 Q   All right.
12         MR. GREENWALD: If the court reporter --
13 if you could hand to the witness, and to defense
14 counsel, I believe what we marked as Exhibit A. It's
15 the notice of deposition.
16         (Exhibit No. A marked.)
17 Q   BY MR. GREENWALD: The court reporter handed you
18 what's been marked as Exhibit A. It's the plaintiff's
19 amended notice of deposition, dated August 4, 2016. And
20 if you will look on the last page, page 3, there's
21 something called Schedule A, and then it has two topics
22 with subparts. Take your time and let me know when
23 you're ready to talk about it.
24 A   Yes, I am.
25 Q   Have you seen this document before?

Page 11

1  A   Yes, I have.
2  Q   And when did you first see the notice?
3  A   Possibly, I don't know, a month ago, or a few weeks
4  ago.
5  Q   And have you reviewed any of the topics in
6  Exhibit A?
7  A   I'm sorry, I didn't hear you quite well. Say
8  again.
9  Q   Sure. Have you reviewed -- have you had an
10 opportunity to review each of the topics listed on
11 page 3 of Exhibit A?
12 A   Yes, I have.
13 Q   Great. And are you prepared to testify, on behalf
14 of Wells Fargo, with respect to each of these topics?
15 A   Yes, I am.
16 Q   Okay. Perfect. The first topic is class members
17 and their contact information. You could put that
18 exhibit to the side, and I'll --
19         MR. GREENWALD: Actually, if the court
20 reporter can hand the witness Exhibit B.
21         (Exhibit No. B marked.)
22 Q   BY MR. GREENWALD: What's been marked as Exhibit B
23 is the settlement agreement and release from this case.
24 Have you seen this document before.
25 A   Yes. This morning, briefly.

Page 12

1  Q   Okay. It's a lengthy document, feel free to read
2  through it, but I want to direct you to paragraph
3  2.27 --
4  A   Yes.
5  Q   -- which is on the bottom of page 4.
6  A   I'm there.
7  Q   Okay. Great. And I'll just read what it says. It
8  says, "Preliminary class size means the parties' good
9  faith estimate of the number of unique cellular
10 telephone numbers used or subscribed to by settlement
11 class members to which Wells Fargo made or initiated
12 calls during the class period using any automated
13 dialing technology or artificial other prerecorded voice
14 technology, according to Wells Fargo's available
15 records."
16         And then it says that, "As of the date of the
17 execution of this agreement, the preliminary class size
18 is 6,409,689."
19         Okay. Were you involved in determining that
20 approximately 6.4 million number?
21 A   Yes.
22 Q   As we sit here today, has that number changed, or
23 is it still that, approximately, 6.4 million number?
24 A   Still the same number.
25 Q   How did Wells Fargo go about coming up with the

Page 13

1  approximately 6.4 million as the number of class
2  members?
3  A   Okay. During the class period -- you mentioned
4  April '11 to '15 -- we go into our historical
5  transaction database of the dialer. We extract all the
6  telephone numbers we ever called on our dialer,
7  overdraft dialer. We deduced all the duplicate ones, so
8  we came out to unique telephone number we ever called
9  during the class period.
10         We then send the numbers to the EPSS, which is
11 a group within the bank that gives us the flag if a
12 phone number is a cell or a landline. So once they run
13 through their process and give the return back to me, to
14 my team, we then know a group of the cell phone number
15 and then the group of non-cell phone number. So the
16 group of cell phone number, the total up to this is
17 6.4 million number.
18 Q   When you say you went through the historical
19 records of the dialer, is this one dialer or more than
20 one dialer?
21 A   They are two dialers that are dedicated to
22 overdraft -- the checking group, deposit group.
23 Q   And what are the names of the two dialers?
24 A   The company name is Castel.
25 Q   I'm sorry. Castel?